UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GWENDOLYN D. BURTON** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-661** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION I** |

## ORDER

The Court, having considered the record, the applicable law, the report and recommendation[1] of the U.S. Magistrate Judge, and the objection[2] by plaintiff, which is hereby **OVERRULED**, approves the report and recommendation of the U.S. Magistrate Judge and adopts it as its opinion in this matter.[3] Accordingly,

**IT IS ORDERED** that all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, February 25, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 12.
[2] R. Doc. No. 13.
[3] The Court makes an additional observation with respect to plaintiff's objection that her mental limitations were not included in the residual functional capacity (RFC). R. Doc. No. 13-1, at 1-4. The ALJ discussed in detail the evidence of plaintiff's mental impairments and concluded by stating that "the following residual functional capacity assessment reflects the degree of limitation the undersigned has found in the 'paragraph B' mental function analysis." R. Doc. No. 8-2, at 17-18. Although the discussion appeared on an earlier page of the ALJ's decision than the rest of the RFC determination, the ALJ did address plaintiff's mental limitations and consider them for the RFC.